# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

128916

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWANJUN KIM and KEESOO KIM,
      Plaintiffs-Appellants,

v

                             SC: 128916
                             COA: 260071

KIA MOTORS AMERICA,
         Defendant-Appellee.
                             Kent CC: 03-008356-CZ

_____/

On order of the Court, the application for leave to appeal the April 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., would grant leave to consider the meaning of "deceptive" and "misleading" as those words appear in MCL 445.356(1).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

_____
Clerk

t0120